<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7836**

───────────

TRAVIS J. MARRON,

                                     Petitioner - Appellant,

    versus

RONALD J. ANGELONE,

                                   Respondent - Appellee.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CA-01-1106-AM)

───────────

Submitted:  March 7, 2002         Decided:  March 25, 2002

───────────

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Travis J. Marron, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Travis J. Marron seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Marron v. Angelone, No. CA-01-1106-AM (E.D. Va. filed Sept. 17, 2001; entered Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2